**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Hector Santos, | Case No. 2:23-cv-02134-MMD-DJA |
| Plaintiff, | |
| v. | **Order** |
| S. Kinney; et al., | |
| Defendants. | |

Before the Court are two applications to proceed without paying the filing fee—also known as applications to proceed *in forma pauperis*—that Plaintiff filed. (ECF Nos. 1, 3). However, on January 30, 2024, Plaintiff paid the filing fee. (ECF No. 4). The Court thus denies Plaintiff's applications to proceed without paying the filing fee as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's applications to proceed without paying the filing fee (ECF Nos. 1, 3) are **denied as moot.** The Clerk of Court is kindly directed to file Plaintiff's complaint on the docket. (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Plaintiff must present summonses[1] to the clerk for signature and seal as outlined in Federal Rule of Civil Procedure 4(a) and (b).

DATED: February 1, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Forms for summonses in a civil action can be found on the Court's website at
https://www.nvd.uscourts.gov/court-information/forms/.