UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HECTOR SANTOS,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>S. KINNEY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-02134-MMD-DJA<br><br>ORDER |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts, recommending the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 15.) Objection to the R&R was due by September 12, 2024. (*See id.*) To date, Plaintiff has not objected nor taken any other action in this case. Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Albregts did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Accordingly, the Court adopts the R&R.

It is therefore ordered that Judge Albregts' Report and Recommendation (ECF No. 15) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

///

///

///

///

1 | The Clerk of Court is directed to enter judgment in accordance with this order and
2 | close this case.
3 | DATED THIS 18th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE